**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
02/03/2017

**IN RE: Bennu Titan LLC**

**Case No.: 17–30497**
**Chapter 11**

**Debtor.**

**David R. Jones**

# ORDER SETTING STATUS CONFERENCE

1. The Court will conduct a status conference in this case on 2/23/17 at 02:30 PM in Courtroom 400, 4th floor, 515 Rusk Avenue, Houston, TX 77002. A representative of the Debtor shall appear.

2. The Debtor shall serve a copy of this Order on (i) all secured creditors; (ii) the twenty largest creditors; (iii) the United States Trustee; and (iv) all other parties requesting notice. The Debtor shall file a certificate of service at least 48 hours prior to the scheduled date of the conference.

3. The Debtor should be prepared to provide the Court with an overview of the case.

4. The United States Trustee is requested to attend.

Signed and Entered on February 3, 2017 at Houston, Texas.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE