# **EXHIBIT A**



GORDON ARATA
MONTGOMERY BARNETT

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 • Fax (504) 582-1121
www.gamb.law

Attorneys for Chapter 11 Trustee/Bennu Titan LLC      April 24, 2017

**Invoice No. 300428**

Professional Services Rendered In Connection With:

     **Client Ref: 6609-34496  Bennu Titan LLC, Chapter 11 Case (Delaware, then Texas)**

**B100    ADMINISTRATION**
    **B160    Fee/Employment Applications**

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/06/17 | C. Nicholson | 0.50 | Telephone conference T. MacWright. |
| 03/06/17 | P. Hayne Jr. | 0.10 | Email from G. Schiff on fee applications. |
| 03/20/17 | P. Hayne Jr. | 0.20 | Two emails with J. Schiff on fees and fee application; obtain fee information for same. |
| 03/21/17 | P. Hayne Jr. | 0.20 | Numerous emails with J. Schiff and A. Long on fee application. |
| 03/21/17 | A. Long | 0.50 | Confer with counsel regarding Fee Application; review time and expense records and case pleadings. |
| 03/22/17 | A. Long | 1.50 | Review case pleadings appointing GAMB as Special Counsel and Interim Compensation Order; draft Interim Fee Application |
| 03/23/17 | P. Hayne Jr. | 0.10 | Two emails with A. Long on interim fee application. |
| 03/23/17 | A. Long | 0.20 | Review draft Fee Application. |
| 03/24/17 | A. Long | 1.50 | Draft First Interim Fee Application and Notice of Application; review Court Orders. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 2

| | | | | |
|---|---|---|---|---|
| 03/26/17 | A. Long | 2.00 | Draft First Interim Fee Application; review pre-bill; correspond with counsel. |
| 03/27/17 | P. Hayne Jr. | 0.50 | Study, review and revise proposed First Interim Fee Application. |
| 03/27/17 | A. Long | 0.70 | Review updated pre-bill; revise draft Application. |
| 03/30/17 | P. Hayne Jr. | 1.30 | Draft and revise First Interim Fee Application; examine time records for same. |
| 03/31/17 | P. Hayne Jr. | 0.60 | Examine time records; insert task codes in light of additional SDTex requirement not required when case was pending in Delaware; revise First Interim Fee Application for same. |
| | **B100   Subtotal** | **9.90** | |

**B200      OPERATIONS**
    **B210      Business Operations**

| | | | |
|---|---|---|---|
| 03/01/17 | C. Nicholson | 0.20 | Correspondence to A Gobert of BSEE. |
| 03/01/17 | C. Nicholson | 0.20 | Correspondence to T. MacWright. |
| 03/02/17 | C. Nicholson | 0.30 | Correspondence E. Hudson. |
| 03/02/17 | C. Nicholson | 0.40 | Correspondence A. Gobert regarding ROW termination. |
| 03/02/17 | C. Nicholson | 0.50 | Telephone conference C. Moser regarding Bennu Titan's ROWs. |
| 03/02/17 | C. Nicholson | 0.60 | Legal research regarding regulations regarding ROW termination. |
| 03/03/17 | C. Nicholson | 0.40 | Telephone conference T. MacWright. |
| 03/03/17 | C. Nicholson | 0.40 | Study and review notices received from BSEE regarding termination of ROW grants; study and review regulations and NTL. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 3

| | | | |
|---|---|---|---|
| 03/03/17 | P. Hayne Jr. | 0.20 | Office conference with C. Nicholson on pipeline right-of-way. |
| 03/03/17 | P. Hayne Jr. | 0.20 | Examine BSEE records regarding export pipeline rights-of-way; review CFR regulations for same. |
| 03/03/17 | P. Hayne Jr. | 0.10 | Attention to two emails between C. Nicholson and T. MacWright regarding pipelines and CFR regulations. |
| 03/06/17 | C. Nicholson | 0.80 | Study and review regulations and NTL; correspondence group regarding notices concerning ROW expiration. |
| 03/06/17 | P. Hayne Jr. | 0.10 | Attention to five emails on status of pipeline rights-of-way. |
| 03/07/17 | C. Nicholson | 0.50 | Telephone A. Gobert - BSEE; study and review information received from A. Gobert. |
| 03/07/17 | C. Nicholson | 1.40 | Study and review regulations and notices of expiration. |
| 03/07/17 | C. Nicholson | 0.60 | Telephone conference J. Schiff, L. Phillips and D. Hunter. |
| 03/07/17 | P. Hayne Jr. | 0.40 | Eight emails on pipeline right-of-way. |
| 03/09/17 | C. Nicholson | 0.30 | Study and review materials; prepare for call. |
| 03/10/17 | C. Nicholson | 0.50 | Email from L. Phillips on insurance. |
| 03/10/17 | C. Nicholson | 1.00 | Lengthy telephone conference D. Hunter and L. Phillips regarding various issues including movement of platform, costs to P&A wells and new ROW application and approvals. |
| 03/10/17 | P. Hayne Jr. | 0.10 | Email from L. Phillips on insurance. |
| 03/10/17 | P. Hayne Jr. | 0.90 | Lengthy telephone conference on pipeline rights-of-way and proposal to move drilling platform. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 4

| | | | |
|---|---|---|---|
| 03/13/17 | P. Hayne Jr. | 0.10 | Email from G. Schiff on insurance. |
| 03/13/17 | P. Hayne Jr. | 0.30 | Office conference with C. Nicholson on pipeline rights-of-way and NTL regarding same. |
| 03/13/17 | P. Hayne Jr. | 0.20 | Legal research on CFR regulations for pipeline rights-of-way. |
| 03/14/17 | C. Nicholson | 1.80 | Study and review lease and unit filings and production reports.  Telephone conference M. Rubenstein regarding lease maintenance; correspondence to and from M. Rubenstein regarding Vito unit. |
| 03/14/17 | P. Hayne Jr. | 0.20 | Office conference with C. Nicholson on pipeline right-of-way issues. |
| 03/21/17 | C. Nicholson | 0.30 | Telephone conference T. MacWright. |
| 03/22/17 | C. Nicholson | 0.20 | Study and review correspondence from T. MacWright. |
| 03/22/17 | P. Hayne Jr. | 0.20 | Attention to email from T. MacWright for proposed conference on numerous regulatory issues. |
| 03/23/17 | C. Nicholson | 1.50 | Study and review ROW files, applications needed, qualification issues. |
| 03/23/17 | P. Hayne Jr. | 0.10 | Email from R. Shelby concerning proposed Master Service Agreement (MSA) with JAB. |
| 03/23/17 | P. Hayne Jr. | 0.30 | Eleven emails for telephone conference on rights-of-way and bonding for same. |
| 03/23/17 | Legal Assistant | 4.50 | Telephone conference with Ms. Nicholson regarding Applications for Pipeline Right-of-Way; reviewed email from Ms. Nicholson attaching letter from Angie Gobert; obtained copies of federal regulations and pipeline files for Ms. Nicholson to |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 5

|  |  |  |  |
|---|---|---|---|
|  |  |  | review. |
| 03/24/17 | C. Nicholson | 1.00 | Conference T. MacWright, G. Miller, L. Phillips, D. Hunter to discuss various issues, sale of assets, new ROW application and application appeal. |
| 03/24/17 | C. Nicholson | 0.50 | Correspondence D. Hunter and P. Goodwine; study and review correspondence regarding budget issue. |
| 03/24/17 | P. Hayne Jr. | 0.50 | Study, review and further revise JAB's revisions to proposed Master Service Agreement (MSA). |
| 03/24/17 | P. Hayne Jr. | 0.20 | Three emails with R. Shelby on revisions to proposed Master Service Agreement (MSA) with JAB. |
| 03/24/17 | P. Hayne Jr. | 0.20 | Two emails from T. MacWright on DOT regulations and on status of SOPs. |
| 03/26/17 | P. Hayne Jr. | 0.10 | Four emails from A. Long on draft of interim fee application. |
| 03/27/17 | C. Nicholson | 0.90 | Telephone conference P. Goodwine, L. Phillips, D. Hunter, T. MacWright. |
| 03/27/17 | C. Nicholson | 0.50 | Correspondence D. Hunter and L. Phillips. |
| 03/27/17 | C. Nicholson | 0.60 | Correspondence P. Goodwine regarding qualification filing sent. |
| 03/27/17 | P. Hayne Jr. | 0.20 | Draft detailed email to C. Nicholson on T. MacWright's question on DOT regulation of Titan pipelines. |
| 03/27/17 | P. Hayne Jr. | 0.30 | Draft or review seven emails relating to bonding for export pipelines. |
| 03/27/17 | P. Hayne Jr. | 0.30 | Three emails with R. Shelby on JAB's comments to our proposed revisions to proposed Master Service Agreement (MSA). |
| 03/27/17 | P. Hayne Jr. | 0.20 | Analyze CFR regulations in connection with JAB's |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 6

| | | | proposed deletions from Master Service Agreement (MSA). |
|---|---|---|---|
| 03/28/17 | C. Nicholson | 0.40 | Study and review information from L. Phillips. |
| 03/28/17 | C. Nicholson | 0.30 | Telephone conference T. MacWright and D. Hunter. |
| 03/28/17 | C. Nicholson | 0.20 | Study and review bond information obtained by M. Bernard. |
| 03/28/17 | C. Nicholson | 0.20 | Correspondence Bennu group regarding status of ROW bond. |
| 03/28/17 | C. Nicholson | 1.00 | Study and review information from P.J. Goodwine; correspondence P.J. Goodwine regarding name change filing and bond and respond. |
| 03/28/17 | C. Nicholson | 1.00 | Study and review ATP Titan ROW - BSEE filed. |
| 03/28/17 | P. Hayne Jr. | 0.90 | Lengthy telephone conference on bonds and right-of-way issues. |
| 03/28/17 | P. Hayne Jr. | 0.20 | Office conference with C. Nicholson relating to bonding and pipeline issues. |
| 03/28/17 | P. Hayne Jr. | 0.40 | Nine emails relating to bonding and issues for Titan's export pipelines. |
| 03/28/17 | Legal Assistant | 2.00 | Telephone conference with Ms. Nicholson; reviewed Collateral Asset List regarding bonds posted by ATP Titan LLC; reviewed application of pipeline rights-of-way; scanned applications. |
| 03/29/17 | C. Nicholson | 0.40 | Correspondence to and from J. Lae regarding authorization. |
| 03/29/17 | C. Nicholson | 0.30 | Telephone conference C. Moser regarding "30 day application" and adjudication issue. |
| 03/29/17 | C. Nicholson | 0.40 | Office conference and correspondence P. Hayne regarding ROW application. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 7

| | | | |
|---|---|---|---|
| 03/29/17 | C. Nicholson | 0.30 | Telephone conference J. Lae regarding needed orders. |
| 03/29/17 | C. Nicholson | 1.00 | Telephone conference and correspondence A. Gobert regarding extension required. |
| 03/29/17 | C. Nicholson | 0.20 | Study and review budget estimate. |
| 03/29/17 | C. Nicholson | 0.30 | Correspondence T. MacWright and L. Phillips regarding extension proposal. |
| 03/29/17 | C. Nicholson | 0.20 | Office conference M. Bernard regarding needed court order for BOEM adjudication. |
| 03/29/17 | P. Hayne Jr. | 0.20 | Two emails relating to export pipeline rights-of-way. |
| 03/29/17 | Legal Assistant | 2.50 | Telephone conference with Ms. Nicholson; drafted affidavit and authority letter for Mr. Schiff to execute; obtained exhibits from bankruptcy proceedings. |
| 03/30/17 | C. Nicholson | 0.60 | Telephone conference and correspondence A. Gobert regarding extension. |
| 03/30/17 | C. Nicholson | 0.40 | Telephone conference and correspondence J. Lae with BOEM. |
| 03/30/17 | C. Nicholson | 0.20 | Correspondence G. Schiff regarding possible needed filing. |
| 03/30/17 | C. Nicholson | 0.30 | Office conference M. Bernard regarding needed application; office conference P. Hayne. |
| 03/30/17 | P. Hayne Jr. | 0.50 | Over a dozen emails relating to export pipeline right-of-way issues. |
| 03/30/17 | P. Hayne Jr. | 2.80 | Examine prior pipeline right-of-way application for preparation of new applications in accordance with BSEE letter order; examine CFR regulations and NTLs for same. |
| 03/30/17 | P. Hayne Jr. | 0.10 | Telephone conference with D. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 8

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Hunter on pipeline issues. |
| 03/30/17 | P. Hayne Jr. | 0.20 | | Office conference with C. Nicholson on pipeline issues. |
| 03/30/17 | Legal Assistant | 2.00 | | Office conferences with Mr. Hayne and Ms. Nicholson regarding application for rights-of-way OCS-G 28435 and OCS-G 28459; reviewed emails regarding extension of time; telephone calls to BSEE; reviewed original applications of rights-of-way; drafted application; drafted signature block for Mr. Schiff. |
| 03/31/17 | C. Nicholson | 0.60 | | Telephone conference and correspondence A. Gobert (numerous) including extension requirements. |
| 03/31/17 | C. Nicholson | 0.40 | | Office conference P. Hayne. |
| 03/31/17 | C. Nicholson | 0.40 | | Study and review ROW regulations and prepare application. |
| 03/31/17 | C. Nicholson | 0.30 | | Study and review correspondence P.J. Goodwine regarding name change filings previous names. |
| 03/31/17 | C. Nicholson | 0.30 | | Telephone conference T. MacWright (several) regarding BSEE's failure to respond. |
| 03/31/17 | P. Hayne Jr. | 2.50 | | Continue drafting new pipeline right-of-way applications in light of BSEE's letter order; examine CFR regulations and prior filings for same. |
| 03/31/17 | P. Hayne Jr. | 0.50 | | Fourteen emails relating to pipeline and bonding issues. |
| 03/31/17 | Legal Assistant | 1.00 | | Office conference with Ms. Nicholson and Mr. Hayne regarding applications of rights-of-way and extension of time; drafted list of designated lease and right-of-way holders. |

**B230     Financing/Cash Collections**

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Page 9

| | | | | |
|---|---|---|---|---|
| 03/29/17 | P. Hayne Jr. | 0.20 | | Eight emails relating to proposed budget. |
| 03/30/17 | P. Hayne Jr. | 0.20 | | Four emails on DIP and budget. |
| 03/31/17 | P. Hayne Jr. | 0.30 | | Attention to ten emails relating to DIP financing order. |

**B200   Subtotal**                                    51.50

## Attorney Summary By Task

**B160        Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| A. Long | Member | 6.40 | 370.00 | 2,368.00 |
| C. Nicholson | Member | 0.50 | 550.00 | 275.00 |
| P. Hayne Jr. | Member | 3.00 | 550.00 | 1,650.00 |
| | **Total B160** | **9.90** | | **4,293.00** |

**B210        Business Operations**

| | | | | |
|---|---|---|---|---|
| C. Nicholson | Member | 25.10 | 550.00 | 13,805.00 |
| Legal Assistant | Legal Assistant | 12.00 | 125.00 | 1,500.00 |
| P. Hayne Jr. | Member | 13.70 | 550.00 | 7,535.00 |
| | **Total B210** | **50.80** | | **22,840.00** |

**B230        Financing/Cash Collections**

| | | | | |
|---|---|---|---|---|
| P. Hayne Jr. | Member | 0.70 | 550.00 | 385.00 |
| | **Total B230** | **0.70** | | **385.00** |

## Attorney Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| P. Hayne Jr. | 17.40 | 550.00 | 9,570.00 |
| A. Long | 6.40 | 370.00 | 2,368.00 |
| C. Nicholson | 25.60 | 550.00 | 14,080.00 |
| Legal Assistant | 12.00 | 125.00 | 1,500.00 |

**TOTAL DUE THIS INVOICE      $27,518.00**

0075

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
April 24, 2017
Invoice 300428


**Client Ref: 6609-34496  Bennu Titan LLC, Chapter 11 Case (Delaware, then Texas)**

**\* \* \* R E M I T T A N C E   C O P Y \* \* \***

**Invoice No. 300428**

| | |
|---|---:|
| Total Fees | $27,518.00 |
| Total Costs | $0.00 |
| **Total Current Fees and Costs Due** | **$27,518.00** |


Please Send Payment And Remittance Copy To:

**Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC**
**Attorneys at Law**
**201 St. Charles Avenue, 40th Floor**
**New Orleans, LA 70170-4000**

**Tax ID No. 72-0894123**


**Wire Instructions**

          Bank:  Capital One
                 P.O. Box 6154
                 New Orleans, LA 70161

    Swift Code:  HIBKUS44
     Routing #:  06 50 0009 0
     Account #:  88 20 9757 9

   Beneficiary:  Gordon, Arata, Montgomery, Barnett, McCollam,
                 Duplantis & Eagan, LLC
                 201 St. Charles Avenue, 40th Floor
                 New Orleans, LA 70170-4000


**Note: for amounts in excess of $3,000.00 both sender and receiver addresses must be included in the instructions**



**GORDON ARATA**
**MONTGOMERY BARNETT**

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 ◆ Fax (504) 582-1121
www.gamb.law

Attorneys for Chapter 11 Trustee/Bennu Titan LLC                May 24, 2017

**Invoice No. 300775**

Professional Services Rendered In Connection With:

**Client Ref: 6609-34496  Bennu Titan LLC, Chapter
11 Case (Delaware, then Texas)**

**B100      ADMINISTRATION**
  **B110      Case Administration**

| | | | |
|---|---|---|---|
| 04/28/17 | A. Long | 0.20 | Correspond with counsel regarding Appeal to BSEE and IBLA regarding Pipeline ROW Terminations. |

  **B130      Asset Disposition**

| | | | |
|---|---|---|---|
| 04/12/17 | C. Nicholson | 0.50 | Telephone conference with David Hunter regarding factors involved in possible move of the Bennu Titan platform and the applicable regulations. |
| 04/12/17 | C. Nicholson | 1.00 | telephone conference with Tom Macwright regarding the possible sale and move of the Bennu Titan platform, obligations and rights of Staoil and applicable federal and LA rules and regulations. |
| 04/12/17 | C. Nicholson | 0.50 | review regulations and legal notices sent by David Hunter |

  **B160      Fee/Employment Applications**

| | | | |
|---|---|---|---|
| 04/03/17 | P. Hayne Jr. | 0.10 | Three emails on fee application. |
| 04/04/17 | P. Hayne Jr. | 0.80 | Insert specific fee information by task code for Fee Application; study, review and revise invoice |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Page 2

|            |               |      | for same.                                                                                                                          |
|------------|---------------|------|------------------------------------------------------------------------------------------------------------------------------------|
| 04/04/17   | P. Hayne Jr.  | 0.20 | Draft or review seven internal emails on fee application; office conference with J. Rubinoff and S. Randall on preparing invoice with task and activity codes. |
| 04/04/17   | A. Long       | 0.10 | Correspond with counsel regarding First Interim Fee Application; review draft Application.                                          |
| 04/05/17   | C. Nicholson  | 0.10 | Emails and office conferences with P. Hayne regarding billing.                                                                      |
| 04/05/17   | P. Hayne Jr.  | 0.10 | Two internal emails on fee application; office conference with C. Nicholson regarding her time for same.                            |
| 04/05/17   | A. Long       | 0.60 | Review and revise Fee Application; correspond with C. Nicholson.                                                                    |
| 04/06/17   | A. Long       | 0.50 | Review and revise Fee Application.                                                                                                  |
| 04/07/17   | P. Hayne Jr.  | 1.00 | Revise fee application to insert final fee hours and amounts; finalize same.                                                        |
| 04/07/17   | P. Hayne Jr.  | 0.10 | Three emails with A. Long on fee application.                                                                                       |
| 04/11/17   | A. Long       | 1.20 | Prepare Fee Application for filing; draft Notice of Hearing; prepare Exhibits; file in SD Tx; file Fee Application and Exhibits.     |
| 04/13/17   | P. Hayne Jr.  | 0.20 | Four emails with A. Long and C. Nicholson on March time and ABA coding for same; examine prebill for same.                          |
| 04/13/17   | A. Long       | 1.50 | Draft Certificate of No Objection for Bennu Titan Fee Application; draft March Monthly Fee Application.                             |
| 04/20/17   | P. Hayne Jr.  | 0.10 | Email to A. Long on March time after review and edit of prebill for same.                                                          |
| 04/24/17   | P. Hayne Jr.  | 0.20 | Study and review proposed interim fee application for                                                                               |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Page 3

|  |  |  |  | March 2017 time. |
| 04/24/17 | P. Hayne Jr. | 0.10 | | Three emails with A. Long on March fee application; office conference with H. Gaudet on generating invoice for same. |
| 04/24/17 | A. Long | 0.80 | | Revise Monthly Fee Application Form; correspond with counsel; prepare Fee Exhibit. |
| 04/25/17 | A. Long | 0.50 | | Finalize and file Notice of March 2017 Fee Application for GAMB. |
| 04/29/17 | P. Hayne Jr. | 0.10 | | Two emails from G. Schiff on timing for payment of fees. |

**B100  Subtotal**                **10.50**

**B200**      **OPERATIONS**
    **B210**      **Business Operations**

| 04/03/17 | P. Hayne Jr. | 0.10 | | Email from M. Bernard on due dates for pipeline right-of-way applications. |
| 04/19/17 | P. Hayne Jr. | 0.10 | | Attention to email from L. Phillips to T. MacWright on insurance materials from C. Jones. |
| 04/20/17 | P. Hayne Jr. | 0.50 | | Two emails with C. Nicholson on appeal deadline for ROW termination letters; office conference with her on filing Notice of Appeal, deadline for new ROW applications, status of Bennu titan name change and BOEM qualification card and on right of third party (Statoil or otherwise) to use Titan platform. |
| 04/20/17 | P. Hayne Jr. | 0.10 | | Attention to email from C. Nicholson to T. MacWright on right of third-party to use Titan platform and related issues. |
| 04/20/17 | P. Hayne Jr. | 0.10 | | Email from C. Nicholson on her telephone message to Paul at BOEM on status of Bennu Titan filings with |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Page 4

| | | | | |
|---|---|---|---|---|
| | | | | BOEM; office conference with her regarding same. |
| 04/21/17 | P. Hayne Jr. | 0.20 | | Attention to five emails between L. Phillips and Carol Jones and W. Farnan on issues over energy insurance package. |
| 04/23/17 | P. Hayne Jr. | 0.20 | | Attention to six emails with G. Schiff and L. Phillips on insurance renewal issues. |
| 04/24/17 | P. Hayne Jr. | 0.60 | | Lengthy telephone conference with G. Schiff and L. Phillips on various insurance renewal issues; three emails with them relating to same. |
| 04/25/17 | P. Hayne Jr. | 0.40 | | Draft or review eight emails with L. Phillips, E. Hudson and C. Nicholson on status of Bennu Titan's two pipeline ROWs; telephone message to E. Hudson regarding same. |
| 04/28/17 | P. Hayne Jr. | 1.00 | | Draft IBLA notices of appeal for the two BSEE letters asserting that Bennu Titan's two pipeline rights-of-way have expired. |
| 04/28/17 | P. Hayne Jr. | 0.80 | | Obtain and examine Secretary of State records on name change from ATP Titan to Bennu Titan for inserting description into IBLA notices of appeal for two pipeline rights-of-way. |
| 04/28/17 | P. Hayne Jr. | 0.50 | | Three emails with A. Long on dates for inserting into IBLA notices of appeal for two pipeline rights-of-way; three emails with M. Bernard on notices of appeal; multiple office conferences with her on serving same. |
| 04/28/17 | P. Hayne Jr. | 0.10 | | Two emails with G. Schiff, L. Phillips and T. MacWright on proposed IBLA notices of appeal for two pipeline rights-of-way. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Page 5

|  | | | |
|---|---|---|---|
| **B200   Subtotal** | | 4.70 | |

**L100     CASE ASSESSMENT, DEVELOPMENT, AND ADMINISTRATION**
**L120       Analysis/Strategy**

| | | | |
|---|---|---|---|
| 04/26/17 | Legal Assistant | 3.00 | Researched BOEM files and drafted list of operators affected by ROW OCS-G 28435. |
| 04/27/17 | Legal Assistant | 1.00 | Researched BOEM files and drafted list of operators affected by ROW OCS-G 28459. |
| 04/28/17 | Legal Assistant | 1.00 | Reviewed Notices of Appeal and prepared letter for submittal to BSEE. |
| 04/28/17 | Legal Assistant | 1.00 | Drafted list of designated operators affected by ROW OCS-G 28459. |

|  | | | |
|---|---|---|---|
| **L100   Subtotal** | | 6.00 | |

**P200     FACT GATHERING/DUE DILIGENCE**
**P210       Corporate Review**

| | | | |
|---|---|---|---|
| 04/03/17 | C. Nicholson | 0.50 | Study and review materials regarding name change filings made with BOEM. |
| 04/05/17 | C. Nicholson | 0.60 | Telephone conference with PJ Goodwine regarding his attempts to have BOEM Adjudication Unit recognize the name change of ATP Titan to Bennu Titan and also discussed Bennu Titan Holdco. |
| 04/05/17 | C. Nicholson | 0.40 | Study and review the additional information and emails from PJ Goodwine regarding Bennu Titan |
| 04/13/17 | C. Nicholson | 0.50 | Fee application and coding, study and review emails. |
| 04/17/17 | C. Nicholson | 0.50 | Revise invoice to add proper coding. |
| 04/19/17 | C. Nicholson | 0.20 | Study and review correspondence from L. Phillips. |
| 04/20/17 | C. Nicholson | 0.30 | Office conference with P. Hayne regarding use of |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Page 6

| | | | | |
|---|---|---|---|---|
| | | | | platform by third party. |
| 04/20/17 | C. Nicholson | | 0.60 | Legal research: third party access to infrastructure on OCS. |
| 04/20/17 | C. Nicholson | | 0.40 | Study and review revised serial registry page for MC941. |
| 04/20/17 | C. Nicholson | | 0.50 | Correspondence with T. MacWright, L. Phillips, G . Schiff and P. Hayne. |
| 04/21/17 | C. Nicholson | | 0.30 | Office conference with P. Hayne. |
| 04/21/17 | C. Nicholson | | 0.10 | Message to P. Arceneaux. |
| **P200** | **Subtotal** | | **4.90** | |

**Attorney Summary By Task**

**B110**        **Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| A. Long | Member | | 0.20 | 370.00 | 74.00 |
| | Total B110 | | **0.20** | | **74.00** |

**B130**        **Asset Disposition**

| | | | | | |
|---|---|---|---|---|---|
| C. Nicholson | Member | | 2.00 | 550.00 | 1,100.00 |
| | Total B130 | | **2.00** | | **1,100.00** |

**B160**        **Fee/Employment Applications**

| | | | | | |
|---|---|---|---|---|---|
| A. Long | Member | | 5.20 | 370.00 | 1,924.00 |
| C. Nicholson | Member | | 0.10 | 550.00 | 55.00 |
| P. Hayne Jr. | Member | | 3.00 | 550.00 | 1,650.00 |
| | Total B160 | | **8.30** | | **3,629.00** |

**B210**        **Business Operations**

| | | | | | |
|---|---|---|---|---|---|
| P. Hayne Jr. | Member | | 4.70 | 550.00 | 2,585.00 |
| | Total B210 | | **4.70** | | **2,585.00** |

**L120**        **Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| Legal Assistant | Legal Assistant | | 6.00 | 100.00 | 600.00 |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Page 7

|  |  |  | Total L120 | 6.00 |  | 600.00 |
|--|--|--|------------|------|--|--------|

**P210** Corporate Review

| C. Nicholson | Member |  | 4.90 | 550.00 | 2,695.00 |
|--------------|--------|--|------|--------|----------|
|  |  | Total P210 | 4.90 |  | 2,695.00 |

**Attorney Summary**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| P. Hayne Jr. | 7.70 | 550.00 | 4,235.00 |
| A. Long | 5.40 | 370.00 | 1,998.00 |
| C. Nicholson | 7.00 | 550.00 | 3,850.00 |
| Legal Assistant | 6.00 | 100.00 | 600.00 |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 04/11/17 | Copy Expense | 81.60 |
| 04/12/17 | Postage Expense | 31.92 |
| 04/25/17 | Copy Expense | 30.40 |
| 04/26/17 | Postage Expense | 15.18 |
| 04/28/17 | Expenses for certified copies provided by Louisiana Secretary of State. | 30.00 |
|  | **Total Disbursements** | **$189.10** |

**TOTAL DUE THIS INVOICE** **$10,872.10**

0075

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
May 24, 2017
Invoice 300775

**Client Ref: 6609-34496  Bennu Titan LLC, Chapter
11 Case (Delaware, then Texas)**

**\* \* \* R E M I T T A N C E   C O P Y \* \* \***

**Invoice No. 300775**

|  |  |
|---|---|
| Total Fees | $10,683.00 |
| Total Costs | $189.10 |
| **Total Current Fees and Costs Due** | **$10,872.10** |

Please Send Payment And Remittance Copy To:

**Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Attorneys at Law
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000**

**Tax ID No. 72-0894123**


**Wire Instructions**

Bank: Capital One
P.O. Box 6154
New Orleans, LA 70161

Swift Code: HIBKUS44
Routing #: 06 50 0009 0
Account #: 88 20 9757 9

Beneficiary: Gordon, Arata, Montgomery, Barnett, McCollam,
Duplantis & Eagan, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000


**Note: for amounts in excess of $3,000.00 both sender and receiver addresses
must be included in the instructions**



GORDON ARATA
MONTGOMERY BARNETT

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 • Fax (504) 582-1121
www.gamb.law

Attorneys for Chapter 11 Trustee/Bennu Titan LLC          June 29, 2017

**Invoice No. 301209**

Professional Services Rendered In Connection With:

     **Client Ref: 6609-34496  Bennu Titan LLC, Chapter
11 Case (Delaware, then Texas)**

**B100     ADMINISTRATION**
    **B110     Case Administration**

| | | | |
|---|---|---|---|
| 05/08/17 | A. Long | 0.40 | Finalize and file Certificate of No Objection. |
| 05/18/17 | A. Long | 0.40 | Review and edit Certificate of No Objection. |
| 05/24/17 | C. Nicholson | 0.20 | Office conference with P. Hayne regarding Row application. |
| 05/25/17 | Legal Assistant | 0.20 | Telephone conference with IBLA regarding docketing of appeals. |

    **B120     Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 05/25/17 | C. Nicholson | 5.80 | Correspondence to G. Schiff, L. Phillips; study and review row materials; study and review CFR; office conference M. Bernard; correspondence A. Gobert - BSEE - Right-of-way revise-apply; office conference with P. Hayne. |

    **B160     Fee/Employment Applications**

| | | | |
|---|---|---|---|
| 05/08/17 | P. Hayne Jr. | 0.10 | Email from C. Nicholson on filing of fee application with bankruptcy court. |
| 05/12/17 | P. Hayne Jr. | 0.20 | Four emails with Trustee on order approving fees and on wire transfers for same. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 2

| | | | |
|---|---|---|---|
| 05/13/17 | P. Hayne Jr. | 0.20 | Two emails with Trustee on wire payments to Trustee. |
| 05/22/17 | C. Nicholson | 0.20 | Study and review correspondence regarding fee application. |
| 05/22/17 | P. Hayne Jr. | 0.10 | Five emails with Trustee and A. Long on April fee application. |
| 05/22/17 | A. Long | 0.40 | Finalize and file Certificate of No Objection for GAMB March 2017 Fee Application. |
| 05/23/17 | C. Nicholson | 2.00 | Prepare application. |
| 05/23/17 | P. Hayne Jr. | 0.20 | Eight emails on fee application. |
| 05/23/17 | A. Long | 0.70 | Review April time entries; prepare April Fee application. |
| 05/24/17 | P. Hayne Jr. | 0.10 | Two emails with A. Long and H. Gaudet on billing rates and invoices. |
| 05/24/17 | A. Long | 0.50 | Prepare Invoice Exhibit to April Fee Application; finalize April Application. |
| 05/25/17 | A. Long | 0.40 | Finalize and file April Monthly Fee Application Notice. |
| 05/31/17 | P. Hayne Jr. | 0.20 | Four emails on payments of invoices. |
| 05/31/17 | P. Hayne Jr. | 0.10 | Email from Trustee to D. Henry on payment of invoices. |

**B170    Fee/Employment Objections**

| | | | |
|---|---|---|---|
| 05/19/17 | A. Long | 0.20 | Review Case Docket for Objections to Monthly Fee Notice; revise Notice of No Objection. |

**B100   Subtotal                12.60**

**B200    OPERATIONS**
**B210    Business Operations**

| | | | |
|---|---|---|---|
| 05/01/17 | P. Hayne Jr. | 0.10 | Three emails with M. Bernard |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 3

|          |              |      |                                                                                                                                  |
|----------|--------------|------|----------------------------------------------------------------------------------------------------------------------------------|
|          |              |      | on notices of appeal for 3/03/2017 BSEE letter declaring that pipeline rights-of-way have terminated.                             |
| 05/01/17 | P. Hayne Jr. | 0.10 | Two emails with Trustee on notices of appeal for 3/03/2017 BSEE letter orders.                                                    |
| 05/02/17 | P. Hayne Jr. | 0.20 | Three emails with A. Gobert and F. Diphicyl on IBLA appeals on 3/03/2017 BSEE letter orders on export pipelines.                  |
| 05/03/17 | P. Hayne Jr. | 0.10 | Two emails with S. Dessauer of BSEE on trustee's address for notices of appeal on BSEE's 3/03/2017 letter orders terminating export pipelines. |
| 05/04/17 | P. Hayne Jr. | 0.20 | Four emails on BSEE's correspondence acknowledging the two notices of appeal to IBLA of BSEE's 3/03/2017 letter orders on export pipelines. |
| 05/08/17 | P. Hayne Jr. | 0.10 | Email from M. Bernard on index of filings for IBLA appeals.                                                                       |
| 05/09/17 | P. Hayne Jr. | 0.10 | Review Docketing Notice from IBLA on appeal of 3/03/2017 letter orders.                                                           |
| 05/10/17 | P. Hayne Jr. | 0.20 | Four emails with E. Andreas on proposed motion to consolidate and for stay.                                                       |
| 05/11/17 | P. Hayne Jr. | 0.20 | Four emails with L. Phillips and M. Rubinstein on the status of export pipelines.                                                 |
| 05/12/17 | P. Hayne Jr. | 0.10 | Email from M. Bernard to IBLA on appeals of 3/03/2017 letter orders on export pipelines.                                          |
| 05/15/17 | P. Hayne Jr. | 0.20 | Two emails with Trustee on budget for Bennu Oil & Gas LLC                                                                         |
| 05/16/17 | P. Hayne Jr. | 0.10 | Three emails with L. Phillips and G. Miller on status of SOP application                                                          |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 4

|            |              |      | for Atwood Valley 63. |
|------------|--------------|------|------------------------|
| 05/17/17   | P. Hayne Jr. | 0.10 | Email from Trustee on insurance payment. |
| 05/19/17   | P. Hayne Jr. | 0.10 | Email from C. Nicholson to Trustee on filing renewal applications as directed by BSEE for export pipelines. |
| 05/19/17   | P. Hayne Jr. | 0.10 | Email from L. Phillips on budget and insurance. |
| 05/23/17   | P. Hayne Jr. | 0.10 | Four emails on insurance rider. |
| 05/25/17   | P. Hayne Jr. | 0.10 | Three emails with Trustee on obtain his signatures for BSEE pipeline applications. |
| 05/25/17   | P. Hayne Jr. | 0.50 | Four emails on proposed pipeline applications; office conferences with M. Bernard and C. Nicholson regarding same. |
| 05/25/17   | P. Hayne Jr. | 0.50 | Examine prior BSEE filings for new pipeline applications as directed by BSEE. |
| 05/26/17   | P. Hayne Jr. | 5.00 | Draft new ROW applications. |
| 05/26/17   | P. Hayne Jr. | 0.50 | Emails and office conferences with M. Bernard and C. Nicholson on new pipeline applications. |
| 05/30/17   | P. Hayne Jr. | 0.50 | Multiple emails and office conferences on new pipeline applications. |
| 05/30/17   | P. Hayne Jr. | 6.00 | Continue drafting and revising new pipeline applications and exhibits for same. |
| 05/31/17   | P. Hayne Jr. | 1.50 | Draft and finalize pipeline applications. |
| 05/31/17   | P. Hayne Jr. | 0.80 | Numerous emails and office conferences for finalizing pipeline applications. |
| 05/31/17   | P. Hayne Jr. | 0.50 | Ten emails to Trustee and others on pipeline applications. |

**B220     Employee Benefits/Pensions**

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 5

| | | | | |
|---|---|---|---|---|
| 05/25/17 | P. Hayne Jr. | 0.10 | Email to A. Gobert of BSEE on new pipeline applications for export pipelines. |

**B230      Financing/Cash Collections**

| | | | | |
|---|---|---|---|---|
| 05/08/17 | P. Hayne Jr. | 0.20 | Six emails on DIP order and Third Amended DIP Credit Agreement. |
| 05/09/17 | P. Hayne Jr. | 0.10 | Email on Emergency Motion for Premium Financing Agreement. |
| 05/10/17 | P. Hayne Jr. | 0.10 | Two emails on interim DIP order. |
| 05/25/17 | P. Hayne Jr. | 0.10 | Email on further DIP borrowings. |
| 05/30/17 | P. Hayne Jr. | 0.40 | 16 emails on borrowing request. |
| 05/31/17 | P. Hayne Jr. | 0.20 | Six emails on borrowing request |

**B200   Subtotal              19.20**

**L100      CASE ASSESSMENT, DEVELOPMENT, AND ADMINISTRATION**
    **L120      Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| 05/01/17 | Legal Assistant | 0.50 | Reviewed BSEE stamped Notices of Appeal from Opus Legalis. |
| 05/04/17 | Legal Assistant | 1.00 | Reviewed and organized IBLA filings binders and indexes regarding expiration of ROWS. |
| 05/09/17 | Legal Assistant | 0.30 | Analysis of Notice of Appearance and revised IBLA filings index and binder with same. |
| 05/16/17 | C. Nicholson | 0.30 | Study and review emails regarding supplemental SOP requests filed. |
| 05/19/17 | C. Nicholson | 0.20 | Correspondence to L. Phillips regarding right of way renewals. |
| 05/23/17 | Legal Assistant | 2.50 | Drafted list of operators and lessees affected by rights-of-ways. |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 6

| | | | |
|---|---|---|---|
| 05/24/17 | Legal Assistant | 2.00 | Researched companies addresses affected by pipeline segments on the Bureau of Safety and Environmental Enforcement website. |
| 05/25/17 | Legal Assistant | 6.50 | Revised list of lessee's to be included in application for Pipeline Segment No. 16115. |
| 05/26/17 | C. Nicholson | 0.40 | Office conference with P. Hayne. |
| 05/26/17 | C. Nicholson | 0.60 | Study and review CFRs with regard to required right-of-way application submitted. |
| 05/26/17 | C. Nicholson | 2.80 | Title to affected blocks and rights-of-way and ATP filings. |
| 05/26/17 | Legal Assistant | 3.00 | Drafted and revised address list for proof of delivery to be filed confirming receipt of pipeline right-of-way applications by affected lessees. |
| 05/30/17 | C. Nicholson | 1.60 | Study and review title to affected leases and rights of ways and review ATP filings for pipeline applications. |
| 05/30/17 | C. Nicholson | 0.80 | Office conference with P. Hayne regarding application. |
| 05/30/17 | C. Nicholson | 1.00 | Correspondence to and from G. Schiff, L. Phillips and D. Hunter regarding applications and revisions. |
| 05/30/17 | Legal Assistant | 0.50 | Telephone conferences with Texas bankruptcy clerks requesting certified copy of Order appointing Mr. Schiff as Trustee. |
| 05/31/17 | C. Nicholson | 0.80 | Revise right of way applications. |
| 05/31/17 | C. Nicholson | 2.00 | Review and revise exhibits to same. |
| 05/31/17 | C. Nicholson | 0.60 | Office conference with P. Hayne regarding same (several). |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 7

| | | | | |
|---|---|---|---|---|
| 05/31/17 | C. Nicholson | 1.20 | | Correspondence to and from D. Hunter and G. Schiff. |
| 05/31/17 | Legal Assistant | 5.00 | | Organized exhibits to applications of pipeline rights-of way pursuant to instructions from Ms. Nicholson and Mr. Hayne. |

**L100   Subtotal**                    33.60

**L500      APPEAL**
   **L510      Appellate Motions and Submissions**

| | | | | |
|---|---|---|---|---|
| 05/10/17 | C. Nicholson | 0.20 | | Study and review correspondence to P. Hayne and E. Andreas regarding consolidation of appeals. |

**L500   Subtotal**                    0.20

**Attorney Summary By Task**

**B110          Case Administration**

| | | | | |
|---|---|---|---|---|
| A. Long | Member | 0.80 | 370.00 | 296.00 |
| C. Nicholson | Member | 0.20 | 550.00 | 110.00 |
| Legal Assistant | Legal Assistant | 0.20 | 125.00 | 25.00 |
| | **Total B110** | **1.20** | | **431.00** |

**B120          Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| C. Nicholson | Member | 5.80 | 550.00 | 3,190.00 |
| | **Total B120** | **5.80** | | **3,190.00** |

**B160          Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| A. Long | Member | 2.00 | 370.00 | 740.00 |
| C. Nicholson | Member | 2.20 | 550.00 | 1,210.00 |
| P. Hayne Jr. | Member | 1.20 | 550.00 | 660.00 |
| | **Total B160** | **5.40** | | **2,610.00** |

**B170          Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| A. Long | Member | 0.20 | 370.00 | 74.00 |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 8

|  | | | | | |
|---|---|---|---|---|---|
| | Total B170 | 0.20 | | | 74.00 |
| **B210** | **Business Operations** | | | | |
| P. Hayne Jr. | Member | 18.00 | 550.00 | | 9,900.00 |
| | Total B210 | 18.00 | | | 9,900.00 |
| **B220** | **Employee Benefits/Pensions** | | | | |
| P. Hayne Jr. | Member | 0.10 | 550.00 | | 55.00 |
| | Total B220 | 0.10 | | | 55.00 |
| **B230** | **Financing/Cash Collections** | | | | |
| P. Hayne Jr. | Member | 1.10 | 550.00 | | 605.00 |
| | Total B230 | 1.10 | | | 605.00 |
| **L120** | **Analysis/Strategy** | | | | |
| C. Nicholson | Member | 12.30 | 550.00 | | 6,765.00 |
| Legal Assistant | Legal Assistant | 21.30 | 125.00 | | 2,662.50 |
| | Total L120 | 33.60 | | | 9,427.50 |
| **L510** | **Appellate Motions and Submissions** | | | | |
| C. Nicholson | Member | 0.20 | 550.00 | | 110.00 |
| | Total L510 | 0.20 | | | 110.00 |

**Attorney Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| P. Hayne Jr. | 20.40 | 550.00 | 11,220.00 |
| A. Long | 3.00 | 370.00 | 1,110.00 |
| C. Nicholson | 20.70 | 550.00 | 11,385.00 |
| Legal Assistant | 21.50 | 125.00 | 2,687.50 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 05/01/17 | Courier Service Expenses by Opus Legalis, LLC. | 52.50 |
| 05/09/17 | Postage Expense | 6.90 |
| 05/10/17 | Copy Expense | 9.60 |
| 05/11/17 | Postage Expense | 10.05 |
| 05/22/17 | Copy Expense | 8.80 |
| 05/23/17 | Postage Expense | 6.90 |
| 05/25/17 | Copy Expense | 19.50 |

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Page 9

| Date | Description | Amount |
|------|-------------|--------|
| 05/26/17 | Postage Expense | 13.20 |
| 05/31/17 | Copy Expense | 412.90 |

**Total Disbursements**     $540.35

**TOTAL DUE THIS INVOICE**     **$26,942.85**

0075

Attorneys for Chapter 11 Trustee/Bennu Titan LLC
June 29, 2017
Invoice 301209

**Client Ref: 6609-34496  Bennu Titan LLC, Chapter 11 Case (Delaware, then Texas)**

**\* \* \* R E M I T T A N C E   C O P Y \* \* \***

**Invoice No. 301209**

| | |
|---|---|
| Total Fees | $26,402.50 |
| Total Costs | $540.35 |
| **Total Current Fees and Costs Due** | **$26,942.85** |

Please Send Payment And Remittance Copy To:

**Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC**
**Attorneys at Law**
**201 St. Charles Avenue, 40th Floor**
**New Orleans, LA 70170-4000**

**Tax ID No. 72-0894123**

**Wire Instructions**

Bank: Capital One
P.O. Box 6154
New Orleans, LA 70161

Swift Code: HIBKUS44
Routing #: 06 50 0009 0
Account #: 88 20 9757 9

Beneficiary: Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000

**Note: for amounts in excess of $3,000.00 both sender and receiver addresses must be included in the instructions**